# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASTLE KEY INDEMNITY COMPANY
as subrogee of EVELYN AND TIMOTHY BALDON,

        Plaintiff,          CASE NO.: **6:18-cv-00552-PGB-GJK**

vs.

AIR VENT, INC.

    and

POWERMAX ELECTRIC CO., LTD.

        Defendants.
_____/

## **DEFENDANT, AIR VENT, INC.'s NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

**X**     IS NOT          related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: April 23, 2018.

Respectfully submitted,

/s/Scott W. Plankey, Esq.
SCOTT W. PLANKEY, ESQ.
FLORIDA BAR NO.: 093802
DALE R. HIGHTOWER, ESQ.
FLORIDA BAR NO.: 0372102
HIGHTOWER, STRATTON,
NOVIGROD, KANTOR
4427 W Kennedy Blvd, Ste. 225
Tampa, Florida 33609
(727) 209-1373 – Telephone
(727) 209-1383 – Fax
Primary: stpservice@hightowerlaw.net
Secondary: SPlankey@hightowerlaw.net
*Counsel for AIR VENT, INC.*